USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------X
TRUSTEES OF THE NEW YORK CITY           :
DISTRICT COUNCIL OF CARPENTERS PENSION  :
FUND, WELFARE FUND, ANNUITY FUND, AND   :
APPRENTICESHIP, JOURNEYMAN RETRAINING,  :
EDUCATIONAL AND INDUSTRY FUND, ET AL.   :
                   Petitioners,         :
                                        :     21 Civ. 8764 (VM)
     - against -                        :
                                        :          **ORDER**
GALA STORE FIXTURES INSTALLATIONS,      :
INC.                                    :
                   Respondent.          :
----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

    A Petition to Confirm Arbitration was filed in the above-captioned case on October 27, 2021. ("Petition," Dkt. No. 1.)

    Accordingly, Gala Store Fixtures Installations, Inc., is hereby ordered to notify the Court within five (5) days of being served with the Petititon whether it intends to file an opposition to the award, and, if so, the legal basis for its opposition.

Dated:     November 1, 2021
           New York, New York

                                              Victor Marrero
                                              U.S.D.J.